UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT O. KELLER, JR., | ) | |
| Plaintiff, | ) | Case No. EDCV 10-00934 AJW |
| v. | ) | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

June 29, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge